# FILED

08/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0244



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0244

KIRK EAKIN and CATHY EAKIN, husband
and wife,

      Plaintiffs and Appellants,

  v.                                    **GRANT OF EXTENSION**

STATE OF MONTANA, and KEVIN DOWNS,
Lewis and Clark County Attorney,

      Defendants and Appellees.

      Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until September 18, 2023, to prepare, file, and serve the opening brief.

DATED this August 18, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:     Kirk Eakin, Cathy Eakin, Austin Miles Knudsen, Kevin Downs